# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TAYLOR BENNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:14-CV-00511-CEJ |
| ) | |
| LINCOLN COUNTY JAIL, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Plaintiff, an inmate at Lincoln County Jail, has submitted a complaint without payment of the filing fee. Before the court can consider the complaint plaintiff must either pay the $400 filing fee or submit a motion to proceed in forma pauperis. Additionally, if plaintiff files a motion to proceed in forma pauperis, she must also file a certified copy of her prison account statement for the six-month period immediately preceding the filing of her complaint. *See* 28 U.S.C. § 1915(b).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall either pay the $400 filing fee or submit a motion to proceed in forma pauperis within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff submits a motion to proceed in forma pauperis, she must also submit a certified copy of her prison account statement for the six-month period immediately preceding the filing of her complaint.

**IT IS FURTHER ORDERED** that the Clerk shall mail plaintiff a copy of the form, titled "Motion to Proceed in Forma Pauperis - Prisoner Cases."

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order this action will be dismissed without prejudice.

Dated this 7th day of April, 2014.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE